IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. WILLIAMS, | : CIVIL ACTION |
|     Plaintiff, | : NO. 02-2691 |
| v. | : |
| CITY OF PHILADELPHIA WATER DEPARTMENT, | : |
|     Defendant. | : |

ORDER

**AND NOW,** this **20th** day of **December, 2002,** a rule is issued upon the parties to show cause why this matter should not be dismissed for failure to prosecute or why a default should not be entered for failure to file an answer.

The rule is returnable on Monday, January 20, 2003 at 5:00 p.m.

**AND IT IS SO ORDERED.**

                                                      **EDUARDO C. ROBRENO, J.**