IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA WATER DEPT. | : | NO. 02-2691 |

<u>O R D E R</u>

AND NOW, this       day of January, 2003, it is hereby Ordered that the above case is Dismissed for Lack of Prosecution.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.